IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRSCH TRANSPORTATION SERVICES, INC., an Iowa corporation; WAL-MART TRANSPORTATION, LLC, a Delaware corporation; and WALMART, INC.,<br><br>Defendants. | 8:25CV461<br><br>ORDER |

This matter comes before the Court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The operative complaint was filed in the United States District Court for the Central District of California on August 2, 2024. Filing No. 16. Defendant Kirsch Transportation Services, Inc. ("Kirsch") subsequently moved to dismiss or, in the alternative, transfer the action. Filing No. 39. On July 17, 2025, the Court[1] denied Kirsch's motion to dismiss and transferred this action to the District of Nebraska. Filing No. 62. Kirsch has yet to respond to the amended complaint after the Court ruled on its motion to dismiss. *See* Fed. R. Civ. Proc. 12(a)(4). Plaintiff has a duty to prosecute its claims against Kirsch and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

---

[1] The Honorable Dolly M. Gee, Chief United States District Judge for the Central District of California.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until **September 29, 2025** to show cause why its claims against Kirsch should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of Plaintiff's claims against Kirsch without further notice.

Dated this 29th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge