IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KIRSCH TRANSPORTATION SERVICES, INC., an Iowa corporation; WAL-MART TRANSPORTATION, LLC, a Delaware corporation; and WALMART, INC., <br><br> Defendants. | 8:25CV461 <br><br> ORDER |

The records of the Court show that on July 18, 2025, (Filing No. 73), a letter was sent to Attorney Michael Vincent Mantovani from the Office of the Clerk directing him to register, within fifteen days, for admission to practice in this Court and for this Court's Case Management/Electronic Case Files System ("System.").

As of August 29, 2025, Mr. Mantovani has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

On or before September 29, 2025, Mr. Mantovani must register for admission to practice in this Court and register for the System or show cause by

1

written affidavit why compliance is not possible as required under the rules of the Court.

Dated this 29th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge