IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRSCH TRANSPORTATION SERVICES, INC., an Iowa corporation; WAL-MART TRANSPORTATION, LLC, a Delaware corporation; and WALMART, INC.,<br><br>Defendants. | 8:25CV461<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Joint Motion to Dismiss (Filing No. 103). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated this 22nd day of December, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge